AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

Case Number: 08mj2150

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RICARDO HERRERA-TORRES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467            (619) 687-2666 |
| | Phone Number                     Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                              )<br>             Plaintiff,                    )<br>                                                              )<br> v.                                                        )<br>                                                              )<br> RICARDO HERRERA-TORRES,    )<br>                                                              )<br>             Defendant.                 )<br> _____) | Case No. 08mj2150 |

   Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

   United States Attorney's Office
   880 Front Street
   San Diego, CA  92101


Dated:  July 18, 2008             */s/ John C. Ellis, Jr.*
                  JOHN C. ELLIS, JR.
                  Federal Defenders
                  225 Broadway, Suite 900
                  San Diego, CA 92101-5030
                  (619) 234-8467  (tel)
                  (619) 687-2666  (fax)
                  john_ellis@fd.org